# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

Robert P. Young, Jr.,
Chief Justice

147130 & (27)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

POSEN CONSTRUCTION, INC.,
         Plaintiff,

v                                 SC: 147130
                                     COA: 311214
CITY OF DEARBORN,              Wayne CC: 09-003465-CK
         Defendant/Third-Party Plaintiff-
         Appellee,

v

NEYER, TISEO & HINDO, LTD.,
d/b/a NTH CONSULTANTS, LTD.,
         Third-Party Defendant-Appellant.

_____/

       On order of the Court, the motion to supplement the record is GRANTED. The application for leave to appeal the April 9, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014


p0325                                         Clerk